IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:20mj 3 |
| | ) | |
| v. | ) | |
| | ) | |
| TYESHA N. CHESTER, | ) | |
| | ) | |
| *Defendant.* | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, TYESHA N. CHESTER, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

### (Citation No. 7931135)

On or about October 20, 2019, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, TYESHA N. CHESTER, did knowingly and unlawfully commit simple assault by offensive touching,

to wit: TYESHA N. CHESTER caused bodily harm to T.C. by hitting him in the eye with a belt.

(In violation of Title 18, United States Code, Section 113(a)(5)).

## COUNT TWO

### (Citation No. 7931137)

On or about October 28, 2019, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, TYESHA N. CHESTER, did knowingly obstruct a law enforcement officer in the performance of his duties, to wit: she provided a false official statement denying being present at the time of the incident.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, section 18.2-460(A)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
Gabrielle S. Heim
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 765-1537
Fax: (804) 765-1950
gabrielle.s.heim.mil@mail.mil